M. P. No. 76-96. STATE OF RHODE ISLAND *v.* JOHN ABBOTT AND RICHARD FREEMAN. Motion of defendants for stay of execution pending appeal is denied. Their motion for release on bail pending appeal is set down for oral argument on April 13, 1976, at 9:30 a.m. *Julius C. Michaelson,* Attorney General, *John A. Murphy,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Peter DiBiase,* Asst. Public Defender, for defendants.

M. P. No. 76-97. WALTER OUIMETTE *v.* JAMES W. MULLEN, *Warden, Adult Correctional Institutions.* Respondent directed to file his answer to the petition for writ of habeas corpus for the purpose of bail and therein to *show cause,* if any he has, why petitioner should not be admitted to bail, said answer to be made in compliance with the provisions of Rule 14. The petitioner is ordered to file a transcript of the hearing in Superior Court. *Harris L. Berson,* for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.

M. P. No. 76-99. VITO DELUCA *v.* JAMES W. MULLEN, *Warden.* Respondent directed to file his answer to the petition for writ of habeas corpus for the purpose of bail and therein to *show cause,* if any he has, why petitioner should not be admitted to bail, said answer to be filed by March 24, 1976 and to be made in compliance with provisions of Rule 14. *Lovett & Linder, Ltd., Raul L. Lovett, Richard Bruce Feinstein,* for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.

C. A. No. 75-54. STATE OF RHODE ISLAND *v.* BRUCE LEONARDO. Motion of defendant for extension of time to file his brief is denied as being moot. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Bruce O. Pollock,* Asst. Public Defender, for defendant.

C. A. No. 76-72. STATE OF RHODE ISLAND *v.* GEORGE C. LEVITT. Motion of defendant for release on bail pending appeal is denied. *Julius C. Michaelson,* Attorney General, *Judith Romney Weg-*

*ner,* Special Asst. Attorney General, for plaintiff *William J. McGair,* for defendant.

Appeal No. 75-68. INDUSTRIAL NATIONAL BANK *v.* ADAM FARKAS. Motion of defendant to stay proceedings is denied and he is ordered to file his memorandum in opposition by March 26, 1976. *Hinckley, Allen, Salisbury & Parsons, Michael DeFanti,* for plaintiff. *Adam Farkas,* defendant, pro se.

Appeal No. 75-326. VIOLET M. CAVANAGH *v.* ROBERT D. CAVANAGH. This case is incomprehensible on the record and memoranda presently before the court. Accordingly, the plaintiff is ordered to reply to the defendant's motion for a restraining order, and all parties are directed to file new memoranda which will set forth, briefly and succinctly, the remedy which they seek and the law upon which they rely. All memoranda and replies are to be filed by March 26, 1976. *Robert H. Breslin Jr.,* for plaintiff. *George Ajootian,* for defendant.

Appeal No. 76-95. IN RE: EDWARD PELOQUIN. Petition for appointment of attorney denied. *Edward Peloquin,* petitioner, pro se.

## March 25, 1976

M. P. No. 76-55. JAMES R. OLEAN *v.* BURTON STALLWOOD *et al.* Petition in equity in the nature of quo warranto under G. L. 1956 (1969 Reenactment) §10-14-1, is denied without prejudice to the filing of a proper petition naming the proper parties, *Robert H. Newman,* for petitioner. *John Quattrocchi III,* Town Solicitor, for respondent.

M. P. No. 76-68. ANTHONY ARUTE *et al. v.* FRANK L. HVIZDOS *et al.* Petition for writ of certiorari denied. *Oster, Espo, Fay & Groff, George M. Prescott,* for petitioners. *Robert J. Mailloux, Jr.,* Boston, Mass., *Roland O. Fournier,* for respondents.

M. P. No. 76-82. THE MINDEN CORPORATION *d/b/a* PISCES EAST *v.* DEEB G. SARKAS, *Liquor Control Administrator.* Peti-